IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02128-JLK

SHELTER INSURANCE COMPANY,
(as subrogee of Wayne and Charmain Bearup),

        Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

By stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this matter is hereby dismissed with prejudice.

SO ORDERED this 11th day of July, 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court